BERNSTEIN, Respondent, v. STEINHAUER, Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by Theodore Bernstein against Victor Steinhauer. B. S. Deutsch, for appellant. W. L. Cahn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERNSTEIN, Respondent, v. SUPREME LODGE, KNIGHTS OF HONOR, Appellant. (Supreme Court, Appellate Division, First Department. December 27, 1907.) Action by Flora Bernstein against the Supreme Lodge, Knights of Honor. H. A. Powell, for appellant. A. B. Jaworower, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BLAKESLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by James E. Blakesley against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment directed for defendant on the nonsuit.

BOGART, Respondent, v. HOOKEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Hattie Bogart against William T. Hookey, impleaded. J. Rosenzweig, for appellant. J. A. Seidman, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
HOUGHTON, J., dissents.

BOLLER, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Division, First Department. February 7, 1908.) Action by Alfred P. Boller against the city of New York. L. L. Kellogg, for appellant. T. Connoly, for respondent.
PER CURIAM. Judgment affirmed, with costs, on 117 App. Div. 458, 102 N. Y. Supp. 729. Order filed.
PATTERSON, P. J., and HOUGHTON, J., dissent.

BOSWORTH, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1908.) Action by John H. Bosworth against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BRAINARD'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 8, 1908.) In the matter of the estate of Riley Brainard, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs payable by the executor personally.

In re BRIGHTON'S WILL. (Supreme Court, Appellate Division, Fourth Department, January 15, 1908.) In the matter of the proving of the last will and testament of Thomas Brighton, deceased.

PER CURIAM. Decree of Surrogate's Court reversed, with costs to the appellant to abide the event, payable out of the estate, and the following question of fact is hereby ordered to be tried by a jury at a trial term of the Supreme Court, to be held in and for the county of Niagara, commencing on the 6th day of April, 1908, viz.: Was the alleged testator competent to make a last will and testament at the time the will proposed for probate was alleged to have been executed?
WILLIAMS, J., dissents.

BROWNING, Appellant, v. SIRE, Respondent, et al. (Supreme Court, Appellate Division, First Department. February 7, 1908.) Action by Edward F. Browning against Meyer L. Sire, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BUFFALO COLD STORAGE CO., Appellant, v. BACON, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1908.) Action by the Buffalo Cold Storage Company against Napoleon B. Bacon, impleaded.
PER CURIAM. Judgment and order affirmed, with costs.
McLENNAN, P. J., not sitting.

BURNS, Respondent, v. SOUTHERN TIER MASONIC RELIEF ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by Cemantha Burns (E. D. Burns, as administrator, etc., substituted) against the Southern Tier Masonic Relief Association. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

BYRNE v. FREMONT REALTY CO. (Supreme Court, Appellate Division, First Department. February 14, 1908.) Action by Cornelius E. Byrne against the Fremont Realty Company. No opinion. Motion denied, with $10 costs. Settle order on notice.

CANAVAN, Respondent, v. DECAUVILLE AUTOMOBILE CO., Appellant. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Action by David P. Canavan against the Decauville Automobile Company. F. S. Randall, for appellant. L. L. Kellogg, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
HOUGHTON, J., dissents.

CAR ADVERTISING CO., Appellant, v. NEW YORK CITY CAR ADVERTISING CO., Respondent. (Supreme Court, Appellate Division, First Department. January 24, 1908.) Action by the Car Advertising Company against the New York City Car Advertising Company. L. Marshall, for appellant. B. F. Einstein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 107 N. Y. Supp. 547.